**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-277-MOC-DCK**

| | |
|---|---|
| **FREDA J. DAY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **OPRAH WINFREY, HARPO PRODUCTIONS, OWN: OPRAH WINFREY NETWORK, LLC, LIONSGATE ENTERTAINMENT CORPORATION, AND CRAIG WRIGHT,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) filed by Eric H. Cottrell, concerning Charles N. Shephard on September 9, 2019. Charles N. Shephard seeks to appear as counsel *pro hac vice* for Defendants, Oprah Winfrey, Harpo Productions, OWN: Oprah Winfrey Network, LLC, and Lions Gate Television, Inc. (incorrectly designated as Lionsgate Entertainment Corp.). Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) is **GRANTED**. Charles N. Shephard is hereby admitted *pro hac vice* to represent Defendants, Oprah Winfrey, Harpo Productions, OWN: Oprah Winfrey Network, LLC, and Lions Gate Television, Inc. (incorrectly designated as Lionsgate Entertainment Corp.)

**SO ORDERED**.

Signed: September 9, 2019

David C. Keesler
United States Magistrate Judge