# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Freda J. Day**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00277-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Oprah Winfrey | ) | |
| Lionsgate Entertainment Corporation | | |
| Harpo Productions | | |
| Craig Wright | | |
| OWN: Oprah Winfrey Network, LLC**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 12, 2021 Order.

May 12, 2021

*[signature]*

Frank G. Johns, Clerk
United States District Court